No. 95–6134.  PEREZ *v.* UNITED STATES;
No. 95–6475.  JACOBS *v.* UNITED STATES; and
No. 95–6500.  GALINDO *v.* UNITED STATES.  C. A. 4th Cir.
Certiorari denied.

No. 95–6139.  MASON *v.* TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 95–6202.  WILLIAMS *v.* PENNSYLVANIA.  Sup. Ct. Pa.
Certiorari denied.

No. 95–6255.  WILSON *v.* CITY OF AKRON, ALABAMA.  Sup. Ct.
Ala.  Certiorari denied.

No. 95–6263.  ROSS *v.* CALDERON, WARDEN.  Sup. Ct. Cal.
Certiorari denied.

No. 95–6285.  HIGH *v.* THOMAS, WARDEN, ET AL.  Super. Ct.
Butts County, Ga.  Certiorari denied.

No. 95–6369.  WEBSTER *v.* CITY OF AMARILLO, TEXAS, ET AL.
C. A. 5th Cir.  Certiorari denied.

No. 95–6373.  BONIN *v.* CALDERON, WARDEN, ET AL.  C. A. 9th
Cir.  Certiorari denied.

No. 95–6375.  POURZANDVAKIL *v.* HUMPHREY, ATTORNEY GENERAL OF MINNESOTA, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 95–6380.  YOUNG *v.* SOUTH CAROLINA.  Sup. Ct. S. C.
Certiorari denied.

No. 95–6385.  ELFAKIR ET UX. *v.* AUTOMOBILE CLUB INSURANCE ASSOCIATES ET AL.  Ct. App. Mich.  Certiorari denied.

No. 95–6395.  OMERNICK *v.* STEGER ET AL.  Ct. App. Wis.
Certiorari denied.

No. 95–6403.  G. W. B. *v.* J. S. W. ET AL.  Sup. Ct. Fla.  Certiorari denied.

No. 95–6404.  CAESAR *v.* MARSHAL, WARDEN.  C. A. 9th Cir.
Certiorari denied.